Peter W. Billings, A0330
Gary E. Jubber, A1758
Douglas J. Payne, A4113
David N. Kelley, A9137
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, Utah  84151
Telephone:  (801) 531-8900

Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Nos. 02-22906 |
| SIMON TRANSPORTATION SERVICES, | ) | 02-22907 |
| INC., DICK SIMON TRUCKING, INC., | ) | 02-24874 |
| and SIMON TERMINAL, LLC, | ) | (Chapter 11) |
| | ) | |
| Debtors. | ) | [SUBSTANTIVELY CONSOLIDATED] |
| | ) | |
| | ) | Honorable Glen E. Clark |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS, | ) | |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| MANSFIELD OIL COMPANY, | ) | Adversary No. 04-02373 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable

herein pursuant to Rule 7041 of the Rules of Bankruptcy Procedure, Plaintiff hereby dismisses

the above-captioned adversary proceeding.

    DATED this 9th day of April 2004.

                                          /s/ David N. Kelley
                                          Peter W. Billings
                                          Gary E. Jubber
                                          Douglas J. Payne
                                          David N. Kelley
                                          FABIAN & CLENDENIN,
                                           a Professional Corporation
                                          Attorneys for Plaintiff

307459_1